IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN S. WAYS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for review of plea agreement and appointment of counsel (filing 124) is denied.

July 9, 2007.                BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge