IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN S. WAYS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the "motion pursuant to Rule 59(a) of the Federal Rules of Civil Procedure to enter a finding of fact and related conclusion of law in above titled matter" (filing 126) is denied.

July 24, 2007.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge